IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BENJAMIN AVILA, | ) | 4:12CV3012 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| | ) | |
| UNITED STATES OF AMERICA, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

    IT IS ORDERED that Plaintiff's motion for an enlargement of time (filing 28) is granted, as follows:

    Plaintiff shall have until June 22, 2012, to respond to Defendants' motion to dismiss (filing 24).

June 11, 2012                 BY THE COURT:

                                           *Richard G. Kopf*
                                           Senior United States District Judge