IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BENJAMIN AVILA,<br><br>        Plaintiff,<br><br>    vs.<br><br>UNITED STATES DEPARTMENT OF COMMERCE, Agency; LORI MCCALISTER, Individually and in her capacity as Assistant Manager, Recruitment Bureau of the Census; and JOHN BRYSON, Secretary of the United States Department of Commerce;<br><br>        Defendants. | 4:12CV3012<br><br>INITIAL SCHEDULING ORDER |

IT IS ORDERED:

1)    A telephonic conference with the undersigned magistrate judge will be held on **September 25, 2012** at **10:00 a.m.** to discuss the status of case progression, potential settlement, and further case scheduling. Counsel for the plaintiff shall place the call.

2)    Mandatory disclosures shall be served by September 17, 2012.

August 29, 2012.

                                            BY THE COURT:

                                            *s/ Cheryl R. Zwart*
                                            United States Magistrate Judge