IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BENJAMIN AVILA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>REBECCA BLANK, Acting Secretary of the United States Department of Commerce;<br><br>　　　　　Defendant. | 4:12CV3012<br><br>**ORDER** |

　　　　IT IS ORDERED:


　　　　1)　　Based upon the representation of the parties that they are actively involved in settlement discussions, their joint oral motion to stay the further progression of this case for 60 days, (Filing No. 53), is granted.


　　　　2)　　The parties shall promptly inform the court if settlement is reached during the stay. If settlement is not reached, the parties shall contact the undersigned's chambers no later than April 10, 2013 to schedule a status conference to discuss the further progression of the case.


　　　　Dated this 6th day of February, 2013.

　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge